IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UCHIT HAREN GANDHI,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendant. | 4:24CV3065<br><br>**ORDER OF DISMISSAL** |

Pursuant to the parties' Joint Stipulation of Voluntary Dismissal (Filing No. 6), this case is dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

Dated this 17th day of June, 2024.

BY THE COURT:

s/ Susan M. Bazis
United States District Judge